```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
MATEA MALAE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | |
|                                 Plaintiff,    ) | Case No. 2:07-cr-00317-MCE |
|                                  v.                 ) | **STIPULATION AND ORDER** |
| MATEA MALAE,                                         ) | DATE: September 27, 2007<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Morrison C. England, Jr. |
|                               Defendants.  )<br>_____) | |

It is hereby stipulated and agreed to between the United States of America through ANNE PINGS, Assistant U.S. Attorney, and defendant, MATEA MALAE, by and though his counsel, RACHELLE BARBOUR, Assistant Federal Defender, that the status conference set for August 23, 2007 be rescheduled for September 27, 2007 at 9:00 a.m.

This continuance is being requested because defense counsel received discovery at the first appearance and must analyze it and discuss it with Mr. Malae.  Defense counsel must determine the need for additional investigation or motions.  Then counsel must discuss plea options with the government.

The parties request that speedy trial time is be excluded from the date of this order through the date of the status conference set for September 27, 2007  pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: August 21, 2007            Respectfully submitted,

                                  DANIEL J. BRODERICK
                                  Federal Defender

                                  /s/ RACHELLE BARBOUR
                                  _____
                                  RACHELLE BARBOUR
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  MATEA MALAE

                                  McGREGOR SCOTT
                                  United States Attorney

                                  /s/ Rachelle Barbour for
DATED: August 21, 2007            _____
                                  JASON HITT
                                  Assistant U.S. Attorney


                            **O R D E R**

   **IT IS SO ORDERED.**

 Dated: August 22, 2007

                                  _____
                                  MORRISON C. ENGLAND, JR.
                                  UNITED STATES DISTRICT JUDGE