DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
MATEA MALAE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) ) | Case No. 2:07-cr-00317-MCE |
| Plaintiff, ) ) | **STIPULATION AND ORDER** |
| v. ) ) | DATE: November 8, 2007 |
| MATEA MALAE, ) ) | TIME: 9:00 a.m. |
| Defendants. ) ) _____ ) | JUDGE: Hon. Morrison C. England, Jr. |

It is hereby stipulated and agreed to between the United States of America through ANNE PINGS, Assistant U.S. Attorney, and defendant, MATEA MALAE, by and though his counsel, RACHELLE BARBOUR, Assistant Federal Defender, that the status conference set for September 27, 2007 be rescheduled for November 8, 2007 at 9:00 a.m.

This continuance is being requested because defense counsel must analyze the guidelines and the discovery and discuss them with Mr. Malae.  Defense counsel must determine the need for additional investigation or motions and order records.

1  Then counsel must discuss plea options with the government.

2        The parties request that speedy trial time is be excluded from
3  the date of this order through the date of the status conference set
4  for November 8, 2007  pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv)
5  [reasonable time to prepare] (Local Code T4).

6  DATED: September 24, 2007         Respectfully submitted,
7
                                    DANIEL J. BRODERICK
8                                   Federal Defender

9                                   /s/ RACHELLE BARBOUR
10                                  _____
                                    RACHELLE BARBOUR
11                                  Assistant Federal Defender
                                    Attorney for Defendant
12                                  MATEA MALAE

13                                  McGREGOR SCOTT
                                    United States Attorney
14
                                    /s/ Rachelle Barbour for
15  DATED: September 24, 2007       _____
16                                  ANNE PINGS
                                    Assistant U.S. Attorney
17

18  _____**O R D E R**

19      **IT IS SO ORDERED.**

20

21  Dated: September 25, 2007
22
23                                  _____
                                    MORRISON C. ENGLAND, JR.
24                                  UNITED STATES DISTRICT JUDGE
25
26
27
28

**2**