DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
MATEA MALAE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 2:07-cr-00317-MCE |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | |
| ) | DATE: November 29, 2007 |
| MATEA MALAE, ) | TIME: 9:00 a.m. |
| ) | JUDGE: Hon. Morrison C. England, Jr. |
| Defendants. ) | |
| ) | |
| _____) | |

It is hereby stipulated and agreed to between the United States of America through ANNE PINGS, Assistant U.S. Attorney, and defendant, MATEA MALAE, by and though his counsel, RACHELLE BARBOUR, Assistant Federal Defender, that the status conference set for November 8, 2007 be rescheduled for November 29, 2007 at 9:00 a.m.

This continuance is being requested because defense counsel must analyze the guidelines and the discovery and discuss them with Mr. Malae.  Defense counsel and the government will be analyzing Mr. Malea's criminal history to determine the application of the safety

1  valve.  Then counsel must discuss plea options with the government.

2       The parties request that speedy trial time is be excluded from
3  the date of this order through the date of the status conference set
4  for November 29, 2007  pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv)
5  [reasonable time to prepare] (Local Code T4).

6  DATED: November 6, 2007         Respectfully submitted,
7
8                                        DANIEL J. BRODERICK
                                      Federal Defender

9                                        /s/ RACHELLE BARBOUR
10                                       _____
11                                       RACHELLE BARBOUR
                                      Assistant Federal Defender
12                                       Attorney for Defendant
                                      MATEA MALAE
13
                                      McGREGOR SCOTT
14                                       United States Attorney

15                                       /s/ Rachelle Barbour for
DATED: November 6, 2007
16                                       ANNE PINGS
                                      Assistant U.S. Attorney
17

18                                    **O R D E R**

19    **IT IS SO ORDERED.**

20
21 Dated: November 8, 2007

22
23                                   MORRISON C. ENGLAND, JR.
                                  UNITED STATES DISTRICT JUDGE